# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1360

———————————————

DAVID F. PETRANO, an individual, MARY KATHERINE DAY-PETRANO, an individual, UNKNOWN TENANT I, UNKNOWN TENANT II, and OTHER UNKNOWN PERSONS or UNKNOWN SPOUSES claiming by, through and under any of the above named defendants,

    Petitioners,

    v.

DARLENE P. BAYLOR,

    Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.


May 7, 2018


PER CURIAM.

    The petition for writ of prohibition and writ of mandamus is denied on the merits.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____

David F. Petrano and Mary Katherine Day-Petrano, pro se, Petitioners.

No appearance for Respondent.